UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF:** | **NO: 07-11862** |
| **RON & LARHONDA WILSON** | **SECTION A** |
| **DEBTOR** | **CHAPTER 13** |

### RESPONSE TO MOTION TO LIFT

**NOW INTO COURT,** comes above Debtor(s), appearing through undersigned counsel, answering the OPTION ONE MORTGAGE'S MOTION TO LIFT as follows:

Debtors believe they are current. Several payments have not been credited by the mortgage company. Debtors are putting traces on the payments to see if they have been cashed by the mortgage company.

**WHEREFORE,** above debtor prays that this Response be deemed sufficient to deny Option One Mortgage's Motion to Lift and all other relief the court may grant.

Respectfully submitted,
HARRINGTON & MYERS
/S/ELISABETH HARRINGTON
ELISABETH HARRINGTON (20852)
PO BOX 13127
NEW ORLEANS, LA 70185
504-861-0550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:            NO: 07-11862

RON & LARHONDA WILSON      SECTION A

**DEBTOR**                                        **CHAPTER 13**

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing RESPONSE TO OPTION ONE MORTGAGE'S MOTION TO LIFT and any applicable Hearing has been served upon The Trustee and any attached creditors Electronically and/or by facsimile and/or by placing same in the United States Mail, First Class, postage prepaid and properly addressed, on JANUARY 4, 2008.

S.J. Beaulieu, Jr.
433 Metairie Rd., Suite 307
Metairie, La.70005

CLAY WIRTZ
THE BOLES FIRM

                                           HARRINGTON & MYERS
                                           /s/Elisabeth Harrington
                                           PO BOX 13127
                                           NEW ORLEANS LA. 70185