UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| RON WILSON, SR.<br>LARHONDA WILSON | 07-11862<br>SECTION A |
| | CHAPTER 13 |

## **ORDER**

Upon consideration of the Motion to Continue filed by Option One Mortgage Corp. (pl. 32), the Response filed by Debtors (pl. 33) and the Reply filed by Option One Mortgage Corp. (pl. 34),

IT IS ORDERED that the Motion to Continue is DENIED.

New Orleans, Louisiana, June 25, 2008.

                                                            Hon. Elizabeth W. Magner<br>
                                                            U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 053L-2          User: mb                Page 1 of 1            Date Rcvd: Jun 25, 2008
Case: 07-11862                Form ID: pdf904         Total Served: 2
```

The following entities were served by first class mail on Jun 27, 2008.
db        +LaRhonda Wilson,    402 Cole's Landing,    LaPlace, LA 70068-2955
db        +Ron Wilson, Sr.,    402 Cole's Landing,    LaPlace, LA 70068-2955

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2008**              Signature: *Joseph Speetjens*