UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **RON WILSON** | **07-11862** |
| **LARHONDA WILSON** | **SECTION A** |
| DEBTORS | |
| | CHAPTER 13 |

## ORDER TO SHOW CAUSE

**IT IS ORDERED** *sua sponte* that a representative of Fidelity National Network appear on **August 21, 2008, at 9:00 a.m.** in Courtroom B-709, 500 Poydras Street, New Orleans, Louisiana, and explain the amounts due on the mortgage loan for the above-captioned debtors.

New Orleans, Louisiana, July 11, 2008.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

07-11862 Wilson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Order to Show Cause was mailed on this date to the parties listed below.

07/011/08 /s/ Lauren S. Tebbe

Fidelity National Network
Attn: Sheryl L. Newman
Vice President and Associate Division Counsel
Legal Department
Lender Processing Services, Inc.
601 Riverside Avenue, T-2
Jacksonville, Florida 32204

Elisabeth D. Harrington
Kirk Myers
Harrington & Myers
2901 North Causeway Blvd.
Suite 303
Metairie, LA 70002

Option One Mortage Corp.
6501 Irvine Center Drive
Mail Stop DC CASH
Irvine, CA 92618

Mary S. Langston
Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130

Ron Wilson, Sr.
LaRhonda Wilson
402 Cole's Landing
LaPlace, LA 70068

S. J. Beaulieu, Jr.
433 Metairie Road
Suite 307
Metairie, LA 70005

D. Clay Wirtz
The Boles Law Firm
1818 Avenue of America
Monroe, LA 71201

Option One Mortage Corp.
Attn: Dory Goebel
6501 Irvine Center Drive
Mail Stop DC CASH
Irvine, CA 92618