UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | NUMBER |
| **RON WILSON** | **07-11862** |
| **LARHONDA WILSON** | **SECTION A** |
| DEBTORS | |
| | CHAPTER 13 |

### ORDER

Dory Goebel of Option One Mortgage Corporation ("Option One") failed to appear on June 26, 2008 as ordered by this Court [P-30]. D. Clay Wirtz did appear. Based upon the failure to appear and the findings of the Court in open court on June 26, 2008,

**IT IS ORDERED** that Dory Goebel and Option One are jointly sanctioned $5,000.00 for failing to appear on June 26, 2008, payable within ten (10) days into the registry of the Court.

**IT IS FURTHER ORDERED** that Dory Goebel and Option One are jointly sanctioned $5,000.00 for filing a false affidavit, payable with ten (10) days into the registry of the Court.

**IT IS FURTHER ORDERED** that D. Clay Wirtz is sanctioned $1,000.00 for failing to amend and update the pleadings and default affidavit after he obtained information which revealed that they were false, payable with ten (10) days into the registry of the Court.

**IT IS FURTHER ORDERED** that the Order to Show Cause [P-30] issued by this Court on Dory Goebel, Assistant Secretary at Option One Mortgage Corporation, and a Representative of Option One Mortgage Corporation is continued to **August 21, 2008, at 9:00 a.m.** in Courtroom B-709, 500 Poydras Street, New Orleans, Louisiana. The Court orders Dory Goebel, Assistant Secretary at Option One Mortgage Corporation, and a Representative of Option One Mortgage Corporation, to appear and explain the amounts due on the mortgage loan for the above-captioned debtors.

**IT IS FURTHER ORDERED** that debtors' counsel is awarded attorneys' fees of $900.00, payable by Option One to debtors' counsel within ten (10) days. The Court reserves the right to award further attorneys' fees.

New Orleans, Louisiana, July 11, 2008.

                                      Hon. Elizabeth W. Magner
                                      U.S. Bankruptcy Judge

07-11862 Wilson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Order was mailed on this date to the parties listed below.

07/011/08                                                                                          /s/ Lauren S. Tebbe

Fidelity National Network
Attn: Sheryl L. Newman
Vice President and Associate Division
Counsel
Legal Department
Lender Processing Services, Inc.
601 Riverside Avenue, T-2
Jacksonville, Florida 32204

Elisabeth D. Harrington
Kirk Myers
Harrington & Myers
2901 North Causeway Blvd.
Suite 303
Metairie, LA 70002

Mary S. Langston
Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130

S. J. Beaulieu, Jr.
433 Metairie Road
Suite 307
Metairie, LA 70005

D. Clay Wirtz
The Boles Law Firm
1818 Avenue of America
Monroe, LA 71201

Option One Mortage Corp.
Attn: Dory Goebel
6501 Irvine Center Drive
Mail Stop DC CASH
Irvine, CA 92618

Option One Mortage Corp.
6501 Irvine Center Drive
Mail Stop DC CASH
Irvine, CA 92618

Ron Wilson, Sr.
LaRhonda Wilson
402 Cole's Landing