UNITED STATES BANKRUPTCY COURT
Eastern District of Louisiana (New Orleans)

IN RE: Case Number: 07-11862
Debtors: Ron Wilson and LaRhonda Wilson

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| American Home Mortgage Servicing, Inc. | Option One Mortgage |
|---|---|
| Name of Transferee | Name of Transferor |
| PO Box 631730 | Court Claim # (if known): 10 |
| Irving, TX 75063-1730 | Amount of Claim: $ 168578.77 |
| | Date Claim Filed: 12/10/2007 |
| Phone: 888 - 237 - 9280 | |
| Last Four Digits of Acct #: 6194 | Phone: 888 - 237 - 9280 |
| | Last Four Digits of Acct #: 6194 |

Name and Address where transferee payments should be sent (if different from above):

Same as Above

Phone: 888 - 237 - 9280
Last Four Digits of Acct #: 6194


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Bill Taylor_____  Date: August 25, 2008
    authorized agent for Transferor                                       ID:2,146