# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LA

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| GAINES; LARHONDA M | ) | Chapter: | 13 |
| | ) | Case No: | 0711862 |
| Debtor(s) | ) | | |
| | ) | | |

Account Number:  ************8785

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC. and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof of claim(s) 11, filed on or about 12/28/2007, in the amount of $1,085.56.

By:  /s/ Dolores Garcia
Dolores Garcia, Lead Bankruptcy Specialist
PRA Receivables Management, LLC.
POB 41067

NORFOLK, VA 23541

* 1 0 0 0 8 7 9 *