UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | BANKRUPTCY NO. |
| **RON WILSON, SR.** | **07-11862** |
| **LARHONDA WILSON** | |
| DEBTOR | SECTION "A" |
| | CHAPTER 13 |

### ORDER DENYING MOTIONS TO QUASH DISCOVERY

For the reasons set forth in the Reasons for Order Denying Motions to Quash Discovery,

IT IS ORDERED that the Motions to Quash filed by The Boles Law Firm (P-77), Fidelity National Foreclosure Solutions (P-76), and Option One Mortgage Corporation (P-80) are DENIED.

New Orleans, Louisiana, February 6, 2009.

                                              Hon. Elizabeth W. Magner
                                              U.S. Bankruptcy Judge