## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS

| | | |
|---|---|---|
| **In re:** | § | **Chapter 13** |
| | § | |
| **RON WILSON AND LARHONDA WILSON,** | § | **Case No. 07-11862** |
| | § | |
| **Debtors.** | § | |

### FIDELITY'S NOTICE OF APPEAL

Fidelity National Information Services, Inc. ("Fidelity"), now known as Lender Processing Services, Inc., appeals under 28 U.S.C. §158(a) and files this notice of appeal in accordance with FED. R. BANKR. P. 8001 and 8002 with respect to the following orders:

- February 6, 2009 Order Denying Motions to Quash Discovery (bankruptcy docket # 123); and

- March 27, 2009 Order Denying Motion for Clarification, Motion to Reconsider, and Motion to Stay (bankruptcy docket # 143).

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Jacob S. Edwards
The Boles Law Firm, APC
1818 Avenue of America
Monroe, LA 71201
Telephone: (318) 388-4050
Facsimile: (318) 329-9150
Email: jacob.edwards@boleslawfirm.com

**Counsel for The Boles Law Firm—Party to Orders to Show Cause**

Susan Fahey Desmond
Watkins Ludlam Winter & Stennis, P.A.
Post Office Drawer 160 (39502)
2510 14th Avenue, Suite 1125
Gulfport, MS 39501
Telephone: (228) 864-3094
Facsimile: (228) 864-0516
Email: sdesmond@watkinsludlam.com

and

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com

**Counsel for Option One Mortgage Corporation—Party to Orders to Show Cause**

Michael P. Cash
Gardere Wynne Sewell
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
Email: mcash@gardere.com

and

Joseph G. Epstein
Winstead PC
1100 JP Morgan Chase Tower
600 Travis Street
Houston, TX 77002
Telephone: (713) 650-8400
Facsimile: (713) 650-2400
Email: jepstein@winstead.com

**Counsel for Fidelity National Information Services, Inc. n/k/a Lender Processing Services, Inc.—Party to Orders to Show Cause**

Mary S. Langston
Carolyn S. Cole
Sean M. Haynes
Office of United States Trustee
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone: (504) 589-4018
Facsimile: (504) 589-4096
Email: carolyn.cole@usdoj.gov
Email: mary.langston@usdoj.gov
Email: sean.m.haynes@usdoj.gov

**Counsel for United States Trustee—Non-Party to Orders to Show Cause**

Dated: April 6, 2009

        Respectfully submitted,

        **GARDERE WYNNE SEWELL**
        1000 Louisiana, Suite 3400
        Houston, TX 77002-5011
        (713) 276-5500
        (713) 276-5555 (facsimile)

        By: */s/ Michael P. Cash*
            Michael P. Cash
            Louisiana Bar No. 31655

        **ATTORNEYS FOR FIDELITY NATIONAL INFORMATION SERVICES, INC., N/K/A LENDER PROCESSING SERVICES, INC.**

## CERTIFICATE OF SERVICE

I certify that on April 6, 2009, a true and correct copy of this document was served on the parties below, and notice of this document will be served via ECF notice to parties registered or otherwise entitled to receive notice in this case:

| | |
|---|---|
| *Via email* <br> Elisabeth D. Harrington <br> 2901 North Causeway Blvd., Suite 303 <br> Metairie, LA 70002 <br> Email: swamplaw@bellsouth.net <br> Counsel for the Debtors | *Via U.S. First-class mail, postage prepaid* <br> S.J. Beaulieu, Jr. <br> Chapter 13 Trustee <br> 433 Metairie Road, Suite 307 <br> Metairie, LA 70005 |
| *Via Email* <br> Susan Fahey Desmond <br> Watkins Ludlam Winter & Stennis, P.A. <br> Post Office Drawer 160 (39502) <br> 2510 14th Avenue, Suite 1125 <br> Gulfport, MS 39501 <br> Email: sdesmond@watkinsludlam.com <br> Counsel for Option One Mortgage Corporation | *Via email* <br> Mary S. Langston <br> Carolyn S. Cole <br> Sean M. Haynes <br> Office of United States Trustee <br> 400 Poydras Street, Suite 2110 <br> New Orleans, LA 70130 <br> Email: carolyn.cole@usdoj.gov <br> Email: mary.langston@usdoj.gov <br> Email: sean.m.haynes@usdoj.gov <br> Counsel for U.S. Trustee |
| *Via Email* <br> Kurt F. Gwynne <br> Reed Smith LLP <br> 1201 Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> Email: kgwynne@reedsmith.com <br> Counsel for Option One Mortgage Corporation | *Via Email* <br> Joseph G. Epstein <br> Winstead PC <br> 1100 JP Morgan Chase Tower <br> 600 Travis Street <br> Houston, TX 77002 <br> Email: jepstein@winstead.com <br> Counsel for Fidelity National Information Services, Inc. n/k/a Lender Processing Services, Inc. |
| *Via Email* <br> Jacob S. Edwards <br> The Boles Law Firm, APC <br> 1818 Avenue of America <br> Monroe, LA 71201 <br> Telephone: (318) 388-4050 <br> Facsimile: (318) 329-9150 <br> Email: jacob.edwards@boleslawfirm.com | |

*/s/Michael P. Cash*
Michael P. Cash